# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 27, 2026

Lyle W. Cayce
Clerk

No. 25-60522
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MIGUEL ANGEL SIERRA-TORREBLANCA,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:25-CR-7-1

Before KING, HAYNES, and HO, *Circuit Judges*.

PER CURIAM:[*]

Miguel Angel Sierra-Torreblanca appeals the 180-month term of imprisonment imposed after he pleaded guilty to possession of child pornography and illegal reentry. He argues that this sentence, which is above the advisory range of 87 to 108 months, is substantively unreasonable.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-60522

The district court addressed the 18 U.S.C. § 3553(a) factors and cited specific facts to justify its upward variance.  Sierra-Torreblanca shows no abuse of discretion. *See United States v. Fraga*, 704 F.3d 432, 439-40 (5th Cir. 2013).  Accordingly, we AFFIRM.